# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Max Federman, | No. CV-22-01541-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Mark Widmar, et al., | |
| Defendants. | |

**IT IS ORDERED** that the parties' Stipulation to Dismiss with Prejudice (Doc. 40) is granted.

**IT IS FURTHER ORDERED** that all pending motions are denied as moot and all hearings are vacated.

**IT IS FURTHER ORDERED** that the Clerk of Court shall dismiss this action **with prejudice** with prejudice, without costs or attorney's fees to any party, pursuant to Rules 23.1(c) and 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Court determines that no further notice to shareholders is required in these circumstances given the early stage of this dismissal and in light of the Court's order dismissing the related securities action, *Palm Harbor Special Fire Control & Rescue District Firefighters' Pension Plan, et al. v. First Solar, Inc., et al*., Case No. CV-22-00036-PHX-MTL.

. . .

. . .

. . .

1  Dated this 8th day of September, 2023.

Michael T. Liburdi
United States District Judge